UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs. Case No.: 3:23mj310

DANIEL HARMAN,
Defendant.
_______________________________/

**ORDER**

This matter came before the Court on September 9, 2026, for a detention hearing in connection with the Government's motion to revoke Defendant's supervised release. At the conclusion of the hearing, the Court found under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1) that Defendant had not met his burden of proving that his release would not endanger the community. Accordingly, for the reasons set forth on the record at the hearing, the Court orders Defendant held in the custody of the United States Marshals Service pending his final supervised release revocation hearing in this matter. To the extent practicable, Defendant shall be kept separate from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 9th day of September 2026.

s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge